LEON W. RUBIEN and Another v. CHARLES G. A. LOHMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MOR W. TESTA v. CLASSIC THEATRE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HERMAN HOCH, Doing Business, etc., v. MAX GLADSTONE, etc., and MORRIS SCHLECKER, Doing Business, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENJAMIN HELLER and Another v. LINDER, BECKER & BAUM, INC., and Another. — Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH L. PRITCHARD v. HARRY J. BRUMMER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE 279 FIFTH AVENUE CORPORATION v. CARRIE K. OPPENHEIMER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX SACHER and Another v. PITT & SCOTT, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARION E. LEVY v. JONAS H. LEVY and Others. SAMUEL L. WEIL v. JONAS H. LEVY and Others.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES L. FULLER v. ANCHOR LINE.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROZELLE GALLAND v. SHUBERT THEATRICAL COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

210 WEST 56TH STREET COMPANY v. CLERGYMEN'S RETIRING FUND SOCIETY OF THE PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY ARMSTRONG v. FRED HERMAN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of THEODORUS BAILEY for an Order Requiring ROBBINS S. RUTHERFORD to Return Certain Moneys. JOHN W. REMER, Appellant.— Motion dismissed. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDOR H. VOGEL v. MANO REALTY CORPORATION.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELLA MARTIN, an Infant, etc., v. H. C. F. KOCH & Co., INC.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of OSCAR SHULMAN, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.